1  Julia A. Molander (State Bar No. 083839)
   Julia.Molander@mbtlaw.com
2  Teri Mae Rutledge (State Bar No. 261229)
3  Teri.Rutledge@mbtlaw.com
   MECKLER BULGER TILSON MARICK PEARSON LLP
4  575 Market Street, Suite 2200
   San Francisco, California 94105
5  Tel: 415-644-0914  /  Fax: 415-644-0978

6  Attorneys for Plaintiff,
7  MT. HAWLEY INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| MT. HAWLEY INSURANCE COMPANY, | Case No. 2:13-cv-02228-GEB-AC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER:** |
| v. | **1) FINDING MT. HAWLEY INSURANCE COMPANY'S EFFORTS TO SERVE JDS BUILDERS WERE REASONABLY DILIGENT AND** |
| JDS BUILDERS GROUP, INC., | **2) ALLOWING SERVICE ON CALIFORNIA SECRETARY OF STATE** |
| Defendant. | |

   Based on Mt. Hawley's motion to allow service on defendant JDS Builders Group, Inc. ("JDS" by service on the California Secretary of State, the pleadings, and good cause appearing therefore,

   IT IS HEREBY ORDERED that:

   1. Mt. Hawley's efforts to serve JDS were reasonably diligent under California Corporations Code section 1720(a) and

   2. Mt. Hawley may serve JDS by service on the California Secretary of State as prescribed in California Corporations Code section 1720(a).

   ///

   ///

                                        1         CASE NO. 2:13-CV-02228-GEB-AC

1  3.  Mt. Hawley shall serve a proof of service of summons by or before February 21,
2      2014.
3  Dated:  December 27, 2013

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```