UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>JDS BUILDERS GROUP, INC., a California corporation,<br><br>        Defendant. | No. 2:13-cv-02228-GEB-AC<br><br>**RELATED CASE ORDER** |
| SCOTTSDALE INSURANCE COMPANY, an Arizona corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>JDS Builders Group, Inc., a California corporation,<br><br>        Defendant. | No. 2:13-cv-02495-JAM-AC |

      Scottsdale Insurance Company filed a "Notice of Related Cases" in which it states:

> This case is related to <u>Scottsdale Insurance Company v. JDS Builders Group, Inc.</u>, Case No. 2:13-cv-02495-JAM-AC, which was filed in this District on December 2, 2013 (the "Scottsdale Matter").
>
> In the Scottsdale Matter, Scottsdale Insurance Company ("Scottsdale") filed a declaratory relief suit against its insured, JDS Builders Group, Inc. ("JDS"). Scottsdale alleges, *inter alia*, that JDS has no right to

1

> Cumis Counsel or right to refuse an insurer controlled defense in the underlying action styled Doe v. Siracusa, California Superior Court, Yolo County, Case No. P013-182 (the "Underlying Action"). The Scottsdale Matter is assigned to the Honorable John A. Mendez.
>
> The current suit involves the same defendant, JDS, as well as issues concerning Cumis Counsel and an insurer-controlled defense of that defendant in the Underlying Action. Because the instant matter and the Scottsdale Matter arise out of the same Underlying Action, involve the same defendant, JDS, and involve similar facts and/or issues, Scottsdale believes that reassignment of the Scottsdale Matter to Judge Burrell (who is presiding over the instant matter) would conserve judicial resources and otherwise further the goal of judicial economy.

(Notice of Related Case 2:3-23, ECF No. 11.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, Case No. 2:13-cv-02495 is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Allison Claire for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-AC."

Further, a Status Conference is scheduled in Case No. 2:13-cv-02495 before the undersigned judge on March 3, 2014, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.[1]

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: January 28, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

---

In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.