UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JDS BUILDERS GROUP, INC., a California corporation,<br><br>　　　　Defendant. | No. 2:13-cv-02228-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff states in its Status Report filed February 14, 2014:

> Defendant . . . has been served and failed to appear. The Court entered a default . . . on February 4, 2014.
>
> . . . .
>
> [Plaintiff] is, at the time this report is filed, preparing an Application for Default Judgment and supporting proof. [Plaintiff] will set the Application for the first available date for hearing on its proof, should a hearing be necessary.

(Pl.'s Status Report 1:22-23, 2:9-11, ECF No. 15.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later

1

than March 31, 2014, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on March 3, 2014, is continued to commence at 9:00 a.m. on August 18, 2014. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2