UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>JDS BUILDERS GROUP, INC., a California corporation,<br><br>             Defendant. | No. 2:13-cv-02228-GEB-AC<br><br>**ORDER** |

Plaintiff's request to extend certain deadlines prescribed in the February 27, 2014 Order Continuing Status (Pretrial Scheduling) Conference, (ECF No. 17), is granted.

Accordingly, no later than May 1, 2014, Plaintiff shall either file a motion for entry of default judgment before the Magistrate Judge or show cause in writing why this action should not be dismissed for failure of prosecution.

IT IS SO ORDERED.

Dated:  March 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1